WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
RAYMOND E. PATRICCO, DISTRICT OF COLUMBIA STATE BAR NO. 454792
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ASHLEY CLINE, <br><br> Defendant. | Case No. 4:16-cr-273-BLW <br><br> **CRIMINAL INFORMATION** <br><br> 18 U.S.C. § 1343 |

The United States Attorney charges:

<u>COUNT ONE</u>

Wire Fraud
18 U.S.C. §§ 1343 and 2

From in or about May 2013 through in or about April 2015, in the District of Idaho and elsewhere, the defendant herein, ASHLEY CLINE, having devised and intending to devise a scheme and artifice to defraud, as to material matters, Laborers International Union North America, Local Union 155 (LIUNA LU 155), and to obtain money and property by means of

CRIMINAL INFORMATION - 1

materially false and fraudulent pretenses, representations and promises, did knowingly and willfully use interstate wires for the purpose of executing such scheme and artifice, to wit: on or about April 26, 2015, the defendant drafted check #7247 to herself, drawn on LIUNA LU 155's Bank of Commerce checking account in the amount of $1,329, and cashed it at WalMart, causing an interstate wire transfer to clear the funds.

All in violation of Title 18, United States Code, Sections 1343 and 2.

DATED this 21st day of November, 2016

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
Raymond E. Patricco
Assistant United States Attorney

CRIMINAL INFORMATION- 2